UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br>*Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF DEFENSE,<br>*Defendant*. | Case 1:17-cv-00741-JDB |

# DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the United States Department of Defense ("DOD"), by undersigned counsel, respectfully submits this answer to the complaint filed by Plaintiff Cause of Action Institute.

## AFFIRMATIVE DEFENSES

### First Defense

Some of the information sought by Plaintiff is exempt from release under one or more exemptions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended.

### Second Defense

Defendant has conducted or is in the process of conducting adequate searches for records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended.

## RESPONSES TO THE NUMBERED PARAGRAPHS

All allegations in the complaint, including the relief sought, are denied except when specifically admitted. Defendant admits, denies, or otherwise answers the numbered paragraphs in the complaint as follows:

1. Defendant admits that Plaintiff purports to bring its action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant denies the remaining allegations in this paragraph.

2. Defendant admits that DOD issued a final determination of the FOIA request at issue in this case and that Plaintiff appealed. Defendant further admits that Plaintiff's request was remanded for DOD to conduct a new search. Defendant denies the allegations in the remainder of this paragraph.

**Jurisdiction and Venue**[1]

3. Defendant admits that this Court has jurisdiction over this action.

4. Defendant admits that venue is proper in this Court.

**Parties**

5. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

6. Defendant admits that DOD is an agency within the meaning of 5 U.S.C. § 552(f)(1). Defendant denies the remaining allegations in this paragraph.

**Facts**

7. Admitted.

8. Defendant admits that Plaintiff submitted a FOIA request and refers to that request for an accurate description of its contents. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

---

[1] For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

9. Defendant admits that Plaintiff submitted a FOIA request and refers to that request for an accurate description of its contents.

10. Defendant admits that Plaintiff submitted a FOIA request and refers to that request for an accurate description of its contents. Defendant denies the remaining allegations in this paragraph.

11. Admitted.

12. Admitted.

13. Defendant admits that DOD issued a final response to Plaintiff's FOIA request dated April 6, 2016, and refers to that response for an accurate description of its contents.

14. Defendant admits the Plaintiff appealed DOD's determination by letter dated April 27, 2017, and refers to that letter for an accurate description of its contents.

15. Admitted.

16. Defendant admits that DOD remanded Plaintiff's request for a new search by letter dated May 9, 2016, and refers to that letter for an accurate description of its contents.

17. Defendant admits that it has not yet completed the supplemental searches. Defendant denies the remaining allegations in this paragraph.

## Count I
## Violation of the FOIA: Failure to Comply with Statutory Requirements

18. Defendant repeats and incorporates by reference its answers to the preceding paragraphs.

19. Defendant refers to the cited statute for an accurate description of its contents.

20. Defendant refers to the cited statute for an accurate description of its contents.

21. Denied.

22. Denied.

23. Admitted.

The remaining paragraphs of the Complaint contain Plaintiff's requested relief. Defendant denies that Plaintiff is entitled to any of the requested relief or any other relief.

WHEREFORE, having fully answered, Defendant respectfully requests that Plaintiff's complaint be dismissed with prejudice and that this Court award Defendant such other and further relief as the Court may deem just and proper.

Dated: May 31, 2017

Respectfully Submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*